# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASACHUSETTS

| | |
|---|---|
| LOCAL 464A United FOOD AND COMMERCIAL WORKERS UNION WELFARE SERVICE BENEFIT FUND, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>  - against -<br><br>REGENERON PHARMACEUTICALS, INC.,<br><br>        Defendant. | No. 1:22-CV-10960 |

## NOTICE OF APPEARANCE

  Please enter my appearance as counsel for defendant Regeneron Pharmaceuticals, Inc. in the above-captioned action.

                Respectfully submitted,

                */s/ John P. Bueker*
                John P. Bueker (BBO# 636435)
                ROPES & GRAY LLP
                Prudential Tower
                800 Boylston Street
                Boston, MA 02199-3600
                Tel: (617) 951-7000
                john.bueker@ropesgray.com

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via ECF electronic filing on July 26, 2022.

                */s/ John P. Bueker*